UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MANUEL ARIAS,<br><br>     Petitioner,<br> v.<br><br>B.O.P. OF NEVADA, *et al.*,<br><br>     Respondents. | Case No. 3:20-cv-00242-MMD-WGC<br><br>ORDER |

Petitioner Manuel Arias has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1-1.) He did not submit an application to proceed *in forma pauperis*, nor did he pay the filing fee of $5.00.

It therefore is ordered that Petitioner must file an application for leave to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of the Court will send Petitioner a blank application form for incarcerated litigants. In the alternative, Petitioner must make the necessary arrangements to pay the filing fee of $5.00, accompanied by a copy of this order. Petitioner will have 45 days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED THIS 21st day of April 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE