# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MANUEL ARIAS, | Case No. 3:20-cv-00242-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| B.O.P. OF NEVADA, *et al.*, | |
| Respondents. | |

Petitioner Manuel Arias brought this is habeas corpus action under 28 U.S.C. § 2254. (ECF No. 1-1.) The Court directed Petitioner either to file an application to proceed *in forma pauperis* or to pay the filing fee of $5.00. (ECF No. 3.) Petitioner has filed a motion for enlargement of time, stating that he is waiting for the financial certificate. (ECF No. 4.) The Court finds good cause to grant the motion.

It therefore is ordered that Petitioner's motion for enlargement of time (ECF No. 4) is granted. Petitioner will have up to and including September 18, 2020, to either file an application for leave to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account, or to pay the filing fee of $5.00. Failure to comply will result in the dismissal of this action.

DATED THIS 7th day of May 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE