UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MANUEL ARIAS, | Case No. 3:20-cv-00242-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| B.O.P. OF NEVADA, *et al.*, | |
| Respondents. | |

This is a habeas corpus action under 28 U.S.C. § 2254. Petitioner has filed an application to proceed *in forma pauperis*. (ECF No. 6.) The Court finds that Petitioner is able to pay the full filing fee of $5.00.

It therefore is ordered that the application to proceed *in forma pauperis* (ECF No. 6) is denied. Petitioner will have 45 days from the date that this order is entered to have the filing fee of $5.00 sent to the Clerk of the Court. Failure to comply will result in the dismissal of this action.

It further is ordered that the Clerk of the Court will send Petitioner two copies of this order. Petitioner must make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED THIS 19th day of May 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE