# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MANUEL ARIAS,<br><br>　　　　　　　Petitioner,<br>　v.<br><br>B.O.P. OF NEVADA, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:20-cv-00242-MMD-WGC<br><br>ORDER |

For the reasons stated in the Court's order of June 25, 2020 (ECF No. 10), it is ordered that a certificate of appealability will not issue.

DATED THIS 21st day of July 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE